DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**K. GARY BRACHLOW,**
Appellant,

v.

**JANICE CHIM** a/k/a **JANYS CHIM, ROY E. BAKER,
GARY PASKAL,** and **RONALD B. CHIM,**
Appellees.

No. 4D18-480

[November 1, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 56-2012-CA-003895.

K. Gary Brachlow, Ft. Pierce, pro se.

Fred L. Kretschmer, Jr., of Brennan & Kretschmer, P.A., Vero Beach, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*